UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVIX GOLF, INC., Plaintiff, v. JEFFREY P. MOHR; et al., Defendants. | Civil No. 05CV1488 JAH (CAB) **ORDER DENYING DEFENDANTS' NOTICE OF INTENT TO WITHDRAW FROM REPRESENTATION** **[Doc. No. 89]** |

On February 2, 2007, counsel for Defendants Jeffrey P. Mohr, Remedy Golf, Inc., Bandwagon, Inc. (collectively "Defendants"), filed a notice of withdrawal of representation by co-counsel Steele N. Gillaspey ("Gillaspey"). *See* Doc. No. 89. Co-counsel John L. Haller and Susan Meyer filed a notice of intent to withdraw on January 23, 2007, which this Court subsequently denied without prejudice as improper. Doc. No. 91. For the same reasons, this Court must DENY Gillaspey's notice of intent to withdraw as counsel. Although Gillaspey does give reasons for his withdrawal as Defendants' counsel, this Court finds Gillaspey's notice improper under this Court's local rules. *See* Doc. No. 91 at 2, citing to Civ.LR 83.3(g.3.a). Accordingly, counsel's notice of intent to withdraw is **DENIED without prejudice.**

DATED: February 5, 2007

HON. JOHN A. HOUSTON
United States District Judge

cc: Magistrate Judge Bencivengo
All Counsel of Record