UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIVIX GOLF, INC., Plaintiff, v. JEFFREY P. MOHR; et al., Defendants. | ) ) ) ) ) ) ) ) ) | Civil No. 05CV1488 JAH (CAB) **ORDER DENYING EX PARTE APPLICATION FOR WITHDRAWAL FROM REPRESENTATION** **[Doc. No. 93]** |

On February 8, 2007, counsel for Defendants Jeffrey P. Mohr, Remedy Golf, Inc., Bandwagon, Inc. (collectively "Defendants"), Steele N. Gillaspey ("Gillaspey"), filed an ex parte application for withdrawal of representation. *See* Doc. No. 93. This Court had previously denied Gillaspey's notice of withdrawal as improper under the local rules. Doc. No. 92. For the same reason, this Court DENIES Gillaspey's ex parte application to withdraw as counsel. As discussed in its prior Orders, this Court's local rules require the filing of a "notice of motion" when withdrawing as counsel. *See* Doc. Nos. 91 and 92, citing to Civ.LR 83.3(g.3.a). Accordingly, counsel's ex parte application to withdraw is improper, and is therefore **DENIED without prejudice.**

DATED: February 9, 2007

HON. JOHN A. HOUSTON
United States District Judge

cc: Magistrate Judge Bencivengo
All Counsel of Record