UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVIX GOLF INC.<br>Plaintiff,<br>v.<br>JEFFREY P. MOHR, et al,<br>Defendants. | Civil No. 05CV1488 JAH (CAB)<br>**ORDER SCHEDULING PRETRIAL AND TRIAL PROCEEDINGS** |

On the Court's own motion, IT IS HEREBY ORDERED the bench trial set for Tuesday, January 12, 2010 at 9:00 a.m. is reset for **Thursday, January 14, 2010** at **9:00 AM** in Courtroom 11.

The Court further **ORDERS** as follows:

1. The parties shall prepare, serve and submit an amended proposed pretrial order **on or before December 29, 2009**.
2. The parties estimate the length of trial to be four (4) days.
3. To accommodate the parties' time estimates, provide for an orderly presentation of the evidence, and promote the efficient administration of justice, the Court orders reasonable time limits of **10 hours for Plaintiff** and **10 hours for Defendant**. In making these time limits, the Court is familiar with the issues in the case and the parties' estimates for trial. The time limits include conferences with the Court. Time will be assessed to a party questioning a witness. For example, Plaintiff will be assessed time for

direct examination of a witness, and Defendant will be assessed time for cross-examination of a witness. The Court may, in its discretion, assess time to the parties or to the Court. To promote the effective administration of justice, the time limits are subject to revision for good cause shown, but the parties should exercise diligence in efficiently presenting the case. The Court will provide a summary of the time used each morning of the trial. The Court reminds the parties to check the summary of the time for accuracy. Notwithstanding the overall time limits, the Court orders the parties to use appropriate time for each phase of the trial. Opening statements may be no longer thirty (30) minutes. Similarly, final argument is subject to reasonable time limits.

4. The parties shall submit two sets of their trial notebooks to the Court **no later than January 7, 2010.**

5. Each party shall submit to the Court and opposing counsel an exhibit list containing exhibits the party intends to introduce in its case in chief **no later than January 7, 2010**. Each party shall pre-mark the exhibits it intends to introduce in its case in chief. The parties may use demonstrative exhibits during opining statements provided the demonstrative exhibits or an 8 ½ x 11" version of the exhibits are shown to the opposing party at least three days before trial.

6. The parties shall exchange deposition transcript designations for testimony to be read at trial **no later than January 7, 2010.**

Dated: November 19, 2009

JOHN A. HOUSTON
United States District Judge